McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| HEATHER ELIZABETH GUNTER,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | 1:20-cv-00433-SKO<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME**<br><br>(Doc. 19) |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a 45-day extension of time from December 21, 2020 to February 4, 2021 to respond to Plaintiff's motion for summary judgment. This is Defendant's first request. Defendant's counsel has several briefs due in other social security cases and is training newly hired attorneys in the office on social security disability law. Defendant's counsel is responsible for reviewing the briefs and other assignments of a new law clerk. Defendant's counsel additionally has to expend signifant time monitoring the status of the electronic administrive records (ecars) in three jursditions due to covid related delays. Counsel, therefore,

requests additional time to review the record and draft the responsive motion.  Defendant's counsel apologizes to the Court and Plaintiff for this delay.

     This request is made in good faith with no intention to unduly delay the proceedings.

     The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                    Respectfully submitted,

                                    PENA & BROMBERG

Dated:  December 18, 2020         */s/ Jonathan O. Pena by Chantal R. Jenkins\**
                                            \*As authorized *via* email on December 18, 2020
                                            Jonathan O. Pena
                                            Attorney for Plaintiff


Dated:  December 18, 2020         McGREGOR W. SCOTT
                                            United States Attorney
                                            DEBORAH LEE STACHEL
                                            Regional Chief Counsel, Region IX
                                            Social Security Administration


                                 By:    */s/ Chantal R. Jenkins*
                                                     CHANTAL R. JENKINS
                                                     Special Assistant United States Attorney


## **ORDER**

     Pursuant to the parties' stipulation (Doc. 19), and for good cause shown, IT IS ORDERED that Defendant shall have an extension, up to and including February 24, 2021, to respond to Plaintiff's motion for summary judgment.  All other dates in the Scheduling Order (Doc. 5) shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **December 21, 2020**                   /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE